IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BEVERLY EDDY, an individual and KENNETH M. EDDY, an individual | ) ) ) | Case No. 2:07-cv-1078 |
| Plaintiffs, | ) ) | |
| WAL-MART, INC, a corporation, | ) ) | |
| Defendant. | ) | |

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** Beverly Eddy and Kenneth M. Eddy, Plaintiffs, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Plaintiff Beverly Eddy is an individual.

2. Plaintiff Kenneth M. Eddy is an individual.

Respectfully submitted, this 14th day of December, 2007.

                                                          s/Christopher W. Weller, Sr.
                                                         Christopher W. Weller, Sr. (WEL040)
                                                         Attorney for Plaintiffs Kenneth M. Eddy and
                                                          and Beverly Eddy

**OF COUNSEL**
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, Alabama 36104-4045