IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY EDDY, AN INDIVIDUAL AND KENNETH M. EDDY, AN INDIVIDUAL,** ) ) ) ) | |
| Plaintiffs, ) ) | |
| ) | CIVIL ACTION NO. 2:07-CV-1078 |
| vs. ) ) | |
| **WAL-MART STORES, INC., A CORPORATION,** ) ) ) | |
| Defendant. ) | |

**CONFLICT DISCLOSURE STATEMENT**

Comes now the Defendant, Wal-Mart Stores East, L.P., incorrectly identified in the Complaint as Wal-Mart Stores, Inc., and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees ( but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. The Defendant, Wal-Mart Stores East, L.P., identifies the partners of its limited partnership as general partner WSE Management, LLC; and limited partner, WSE Investment, LLC, a Delaware limited liability company.

2. The partners of the limited partnership of the Defendant Wal-Mart Stores East L.P., are identified below, all of whom are domiciled in the State of Arkansas:

3. The members of WSE Management LLC are identified as sole member Wal-Mart Stores East, Inc., an Arkansas corporation.

4. The members of WSE Investment LLC are identified as sole member Wal-Mart

Stores East, Inc., an Arkansas corporation.

**The officers identified below for each entity are correct as of January 4, 2008**.

**Wal-Mart Stores East, LP**
 Officers

| **Appointed Entity** | **Type** |
|---|---|
| Simon, William S. | President and Chief Executive Officer |
| Curran, Patricia A. | Executive Vice President |
| Degn, Douglas J. | Executive Vice President |
| Dobbs, Johnnie C. | Executive Vice President |
| Fleming, John E. | Executive Vice President |
| Ford, Rollin L. | Executive Vice President |
| Holley, Charles M. | Executive Vice President and Treasurer |
| Zorn, Eric S. | Executive Vice President |
| Babineaux-Fontenot, Claire | Senior Vice President |
| Barron, James A. | Senior Vice President |
| Beahm, Paul E. | Senior Vice President |
| Biggs, M. Brett | Senior Vice President and Assistant Treasurer |
| Bray, J. Robert | Senior Vice President |
| Brewer, Rosalind G. | Senior Vice President |
| Ewing, Thomas C. | Senior Vice President |
| Forbis, Robin E. | Senior Vice President |
| Frieson, Donald E. | Senior Vice President |
| Fuller, Anthony L. | Senior Vice President |
| Howe, Douglas M. | Senior Vice President |
| Kohn, Pamela K. | Senior Vice President |
| Lewis, Michael J. | Senior Vice President |
| McAllister, R. Jeff | Senior Vice President |
| McCall, C. Scott | Senior Vice President |
| Moore, Michael S. | Senior Vice President |
| Mullany, Hank J. | Senior Vice President |
| Peterson, Bruce T. | Senior Vice President |
| Priest, Leta D. | Senior Vice President |
| Quinn, Stephen F. | Senior Vice President |
| Reiff, David P. | Senior Vice President |
| Sears, Kelley D. | Senior Vice President |
| Severson, Gary J. | Senior Vice President |
| Stuckey, Karen M. | Senior Vice President |
| Suarez, John P. | Senior Vice President |
| Swanson, Celia M. | Senior Vice President |
| Webb, Richard E. | Senior Vice President |
| Westling, John T. | Senior Vice President |

| | |
|---|---|
| Yatsko, Timothy E. | Senior Vice President |
| Acosta, Ronnie | Regional Vice President |
| Atencio, Robert J. | Vice President |
| Austin, Timothy M. | Regional Vice President |
| Autrey, Marty E. | Vice President |
| Baker, Deanah L. | Vice President |
| Baker, Jeffery D. | Vice President |
| Barrera, Theresa F. | Vice President |
| Beckom, Daria E. | Vice President |
| Billups, Timothy V. | Vice President |
| Brazile, Rick W. | Vice President and Assistant Treasurer |
| Brick, Hope B. | Vice President |
| Broughton, Steven E. | Vice President |
| Bryson, Michael T. | Vice President |
| Bullington, David L. | Vice President |
| Busby, Paul D. | Regional Vice President |
| Butler, John F. | Vice President |
| Callaway, J. Chris | Regional Vice President |
| Carmon, David F. | Regional Vice President |
| Casey, Karen A. | Vice President |
| Chomiuk, Ronald J. | Vice President |
| Clarke, John E. | Regional Vice President |
| Crevoiserat, Joanne C. | Vice President |
| Crosby, Clayton E. | Regional Vice President |
| Davis, Jeffrey A. | Vice President |
| De La Rosa, Lance | Vice President |
| DiBenedetto, John E. | Vice President |
| Dineen, Karen M. | Vice President |
| Dougherty, Thomas S. | Vice President |
| Eng, Harry M. | Vice President |
| Erickson, Robert D. | Regional Vice President |
| Evans, Judy M. | Regional Vice President |
| Fehlig, Charles A. | Vice President |
| Gabardi, Glen R. | Regional Vice President |
| Gardner, Michael E. | Regional Vice President |
| Gean, Thomas C. | Vice President and Assistant Secretary |
| Gearhart, Jeffrey J. | Vice President and Secretary |
| Geiger, Cameron D. | Vice President |
| Gomez, Angel G. | Vice President |
| Grady, Joe E. | Vice President |
| Hamilton, Patrick J. | Vice President |
| Hauer, Patsy J. | Vice President |
| Hayes, Ronny L. | Regional Vice President |
| Holz, David A. | Regional Vice President |
| Huff, Scott D. | Vice President |

| | |
|---|---|
| Johnston, H. Carol | Regional Vice President |
| Jordan, Henry D. | Regional Vice President |
| Kehoe, Anne Marie | Vice President |
| Keiser, Douglas L. | Vice President |
| Kerr, William F | Vice President |
| King, Julianna M. | Vice President |
| Langenfeld, Jeffery P. | Vice President |
| Larsen, Mark R. | Regional Vice President |
| Lee, Jr., Howard D. | Regional Vice President |
| Letts, Shannon E. | Regional Vice President |
| Libbra, Todd D. | Regional Vice President |
| Lynch, Kelvin B. | Regional Vice President |
| Mallory, Daniel M. | Regional Vice President |
| Malmos, Tracy A. | Vice President |
| Maloney, Steven D. | Regional Vice President |
| Mattison, Dorothy H. | Vice President |
| May-Brust, Jennifer | Vice President |
| McCormick, Ronald G. | Vice President |
| McCutcheon, Robert M. | Vice President |
| McKnight, Wayne R. | Vice President |
| McLemore, Michael | Vice President |
| Meyer, Lori A. | Vice President |
| Miller, Kevin D. | Regional Vice President |
| Mitchael, Jay S. | Vice President |
| Mortensen, Pamela S. | Vice President |
| Muller, Carl R. | Vice President and Assistant Secretary |
| Murphy, John E. | Regional Vice President |
| Murphy, Julie J. | Regional Vice President |
| Nagelson, ChristopherS. | Vice President |
| Nave, Steve H. | Vice President |
| Norman, David K. | Regional Vice President |
| O'Connor, Kevin J. | Vice President |
| Orendorff, John E. | Vice President |
| Owens, Melanie A. | Vice President |
| Parkman, Mariana B. | Vice President |
| Phillips, Laura S. | Vice President |
| Pleiman, Scott A. | Vice President |
| Poole, Scott A. | Vice President |
| Porter, David W. | Vice President |
| Rangan, Ashwin | Vice President |
| Redmond, Peter L. | Vice President |
| Reeves, W. Kent | Vice President |
| Rodriguez, Rolando B. | Regional Vice President |
| Ruiz, Gisel | Regional Vice President |
| Samuels, Mark | Vice President |

| | |
|---|---|
| Saylors, Kimberly K. | Vice President |
| Schnurbusch, Shawnda L. | Vice President |
| Schommer, Beth A. | Vice President |
| Scogin, David K. | Vice President |
| Smith, Tonia R. | Vice President |
| Snyder, Patricia S. | Vice President |
| Spencer, Jerry D. | Regional Vice President |
| Spivey, Michael J. | Vice President |
| Srour, Jean R. | Vice President |
| Stoker, Robert W. | Regional Vice President |
| Tapper, Joseph J. | Vice President |
| Tarvin, Chrys L. | Vice President |
| Thompson, Clayton R. | Vice President |
| Tomey, Alexander L. | Vice President |
| Tompkins, Larry R. | Regional Vice President |
| Tutt, James E. | Vice President |
| Washburn, Frank A. | Vice President |
| Weiler, Mark A. | Vice President |
| Welling, John A. | Vice President |
| Zimmerman, Charles R. | Vice President |
| Bacso, George J. | Assistant Secretary |
| Coberly, Frances D. | Assistant Secretary |
| Cole, James A. | Assistant Secretary |
| Cottrell, Lori L. | Assistant Secretary |
| Edwards, Geoffrey W. | Assistant Secretary |
| Etheredge, Donald R. | Assistant Secretary |
| George, Anthony D. | Assistant Secretary |
| Goodner, Nicholas S. | Assistant Secretary |
| Guess, Samuel A. | Assistant Secretary |
| Kendall, Mary M. | Assistant Secretary |
| Kim, Judith S. | Assistant Secretary |
| Kinnard, Richard O. | Assistant Secretary |
| Lucas, Adele E. | Assistant Secretary |
| Martin, Richard M. | Assistant Secretary |
| McCall, Michelle M. | Assistant Secretary |
| Murphy, Amber N. | Assistant Secretary |
| Ocasio, Antonio M. | Assistant Secretary |
| Okwubanego, John T. | Assistant Secretary |
| Rogers, Brad T. | Assistant Secretary |
| Smith, Jennifer L. | Assistant Secretary |
| Snell, Jeremy J. | Assistant Secretary |
| Taylor, Meredith A. | Assistant Secretary |
| Tesoro, Gregory L. | Assistant Secretary |
| Thompson, John L. | Assistant Secretary |
| Tobey, Kathy E. | Assistant Secretary |

| | |
|---|---|
| Tomlin, Michael E. | Assistant Secretary |
| Webster, Sonya L. | Assistant Secretary |
| West, Romona L. | Assistant Secretary |
| Wickline, Bruce E. | Assistant Secretary |
| Williams, Amber Lee | Assistant Secretary |
| Woodcock, Elizabeth A. | Assistant Secretary |

**WSE Management, LLC**
Officers

| **Appointed Entity** | **Type** |
|---|---|
| Simon, William S. | President and Chief Executive Officer |
| Dillman, Linda M. | Executive Vice President |
| Dobbs, Johnnie C. | Executive Vice President |
| Zorn, Eric S. | Executive Vice President |
| Bray, J. Robert | Senior Vice President |
| Fitzsimmons, Joseph J. | Senior Vice President and Treasurer |
| Forbis, Robin E. | Senior Vice President |
| Holley, Charles M. | Senior Vice President |
| Reiff, David P. | Senior Vice President |
| Suarez, John P. | Senior Vice President |
| Yatsko, Timothy E. | Senior Vice President |
| Atnip, Dennis G. | Vice President |
| Babineaux-Fontenot, Claire | Vice President |
| Bullington, David L. | Vice President |
| Clarke, John E. | Regional Vice President |
| Eng, Harry M. | Vice President |
| Feagans, Bradley C. | Vice President |
| Gardner, Michael E. | Regional Vice President |
| Gean, Thomas C. | Vice President and Assistant Secretary |
| Gearhart, Jeffrey J. | Vice President and Secretary |
| Hamilton, Patrick J. | Vice President |
| Holz, David A. | Vice President |
| Mahoney, Lawrence F. | Vice President |
| McLemore, Michael | Vice President |
| Miller, Michael D. | Vice President |
| Muller, Carl R. | Vice President |
| Pinkleton, Bob J. | Vice President |
| Sears, Kelley D. | Vice President and Assistant Secretary |
| Smith, Tonia R. | Vice President |
| Weiler, Mark A. | Vice President |
| Zielske, Steven R. | Vice President and Assistant Treasurer |
| Callaway, J. Chris | Assistant Vice President |

| | |
|---|---|
| Letts, Shannon E. | Assistant Vice President |
| Mallory, Daniel M. | Assistant Vice President |
| Stoker, Robert W. | Assistant Vice President |
| Bacso, George J. | Assistant Secretary |
| Beehler, Angela S. | Assistant Secretary |
| Bolen, K. Elizabeth | Assistant Secretary |
| Coberly, Frances D. | Assistant Secretary |
| Cole, James A. | Assistant Secretary |
| Etheredge, Donald R. | Assistant Secretary |
| George, Anthony D. | Assistant Secretary |
| Goodner, Nicholas S. | Assistant Secretary |
| Guess, Samuel A. | Assistant Secretary |
| Hilger, Sondra R. | Assistant Secretary |
| Hysell, Frank E. | Assistant Secretary |
| Kendall, Mary M. | Assistant Secretary |
| Kersting, Michael W. | Assistant Secretary |
| Kim, Judith S. | Assistant Secretary |
| Kinnard, Richard O. | Assistant Secretary |
| Lucas, Adele E. | Assistant Secretary |
| Martin, Richard H. | Assistant Secretary |
| May-Brust, Jennifer | Assistant Secretary |
| Murphy, Amber N. | Assistant Secretary |
| Ocasio, Antonio M. | Assistant Secretary |
| Okwubanego, John T. | Assistant Secretary |
| Pruitt, Teresa A. | Assistant Secretary |
| Rogers, Brad T. | Assistant Secretary |
| Seidel, Marium | Assistant Secretary |
| Taylor, Meredith A. | Assistant Secretary |
| Thompson, John L. | Assistant Secretary |
| Tobey, Kathy E. | Assistant Secretary |
| Tomlin, Michael E. | Assistant Secretary |
| Warner, James C. | Assistant Secretary |
| Washington, Angela K. | Assistant Secretary |
| Webb, Reginald D. | Assistant Secretary |
| Webster, Sonya L. | Assistant Secretary |
| West, Romona L. | Assistant Secretary |
| Wickline, Bruce E. | Assistant Secretary |
| Williams, Amber Lee | Assistant Secretary |
| Woodcock, Elizabeth A. | Assistant Secretary |

**WSE Investment, LLC**
Officers
**Appointed Entity                Type**

| | |
|---|---|
| Anthony D. George | Assistant Secretary |
| Charles M. Holley, Jr. | Senior Vice President |
| Claire L. Babineaux-Fontenot | Vice President |
| David L. Bullington | Vice President |
| Geoffrey W. Edwards | Assistant Secretary |
| Jeffrey J. Gearhart | Vice President and Secretary |
| K. Elizabeth Bolen | Assistant Secretary |
| William S. Simon | President and Chief Executive Officer |

s/ Deborah Ann Wakefield
DEBORAH ANN WAKEFIELD (PAY010)
ATTORNEY FOR DEFENDANT
PARSONS, LEE & JULIANO, P.C.
Post Office Box 530630
Birmingham, AL 35253-0630
(205) 326-6600
Fax 205-324-7097
dwakefield@pljpc.com
ASB-6080A37D


CERTIFICATE OF SERVICE

I hereby certify that I have on this 7th day of January, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding by E-file and/or mailing same in the U.S. Mail properly addressed and first class postage prepaid to:

Mr. Christopher W. Weller, Sr.
Mr. Todd H. Cox
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, AL  36104-4045


s/Deborah Ann Wakefield
OF COUNSEL