IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BEVERLY EDDY, an individual and KENNETH M. EDDY, an individual | ) ) ) | Case No. 2:07-cv-1078 |
| Plaintiffs, | ) ) | |
| WAL-MART, INC, a corporation, | ) ) | |
| Defendant. | ) | |

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** Beverly Eddy and Kenneth M. Eddy, Plaintiffs, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Plaintiff Beverly Eddy is an individual.

2. Plaintiff Kenneth M. Eddy is an individual.

Respectfully submitted, this 11th day of January, 2008.

                                                s/Christopher W. Weller, Sr.
                                                Christopher W. Weller, Sr. (WEL040)
                                                Attorney for Plaintiffs Kenneth M. Eddy and
                                                and Beverly Eddy

**OF COUNSEL**
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, Alabama 36104-4045

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this date, January 11, 2008, electronically filed the foregoing with the Clerk of the Court using the judicial e-filing system, which will send notification of such to the following:

Deborah Ann Wakefield, Esq.
Parsons, Lee & Juliano, P.C.
Post Office Box 530630
Birmingham, AL 35253-0630
(205) 326-6600
(205) 324-7097 (fax)

                                        s/ Christopher W. Weller, Sr.
                                        OF COUNSEL