IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEVERLY EDDY and<br>KENNETH EDDY,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:07cv1078-CSC<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the plaintiffs' motion for leave to file an amended complaint (doc. # 9), it is

ORDERED that the motion be and is hereby GRANTED unless within seven (7) days from the date of this order an opposing party files objections.

Done this 14th day of January, 2008.

                                     /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE