IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BEVERLY EDDY, an individual <br> and KENNETH M. EDDY, an individual | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Case No. 2:07CV1078-CSC |
| WAL-MART STORES, INC., a corporation, | ) <br> ) | |
| Defendant. | ) <br> ) <br> ) | |

## MOTION TO WITHDRAW

**COMES NOW**, Todd H. Cox, and files this notice of withdrawal as one of the attorneys of record on behalf of Plaintiffs Beverly Eddy and Kenneth M. Eddy.

Submitted this the 1st day of February, 2008.

s/ Todd H. Cox
CHRISTOPHER W. WELLER, SR. (WEL040)
TODD H. COX (COX031)

OF COUNSEL:
Capell & Howard, P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
PHONE: (334) 241-8000

## CERTIFICATE OF SERVICE

I hereby certify that I have this date, February 1, 2008, electronically filed the foregoing with the Clerk of the Court using the judicial e-filing system, which will send notification of such to the following:

Deborah Ann Wakefield, Esq.
Parsons, Lee & Juliano, P.C.
Post Office Box 530630
Birmingham, AL 35253-0630
(205) 326-6600
(205) 324-7097 (fax)

                                        _s/ Todd H. Cox_____
                                          OF COUNSEL