## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 4, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Eddy et al v. Wal-Mart Stores, Inc.
Civil Action No. 2:07-cv-01078-CSC

The above-styled case has been  reassigned to William Keith Watkins.

Please note that the case number is now 2:07-cv-01078-WKW.
This new case number should be used on all future correspondence and pleadings in this action.