IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEVERLY EDDY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-1078-WKW |
| | ) |
| WAL-MART STORES EAST, L.P., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 15), it is ORDERED that the motion is GRANTED and Todd H. Cox, one of the plaintiff's attorneys, is withdrawn from the case.

DONE this 6th day of February, 2008.

                                                  /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE